Bruce K. Redding, Inc., Appellant, *v.* Robert Wade Neighborhood House.

Argued December 7, 1973. *Frank J. Marcone*, for appellant; *Norman L. Haase*, with him *Fronefield, deFuria and Petrikin*, for appellee.

Order affirmed.

WATKINS and SPAULDING, JJ., absent.

Burda *v.* H. S. Daron, Inc., Appellant, et al.

Argued December 6, 1973. *Raymond F. Lowery*, with him *John A. Gallagher*, for appellant; *S. Robert Levant*, with him *Richter, Syken, Ross & Levant*, for appellee.

Judgment affirmed.

SPAULDING, J., absent.